IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KONINKLIJKE PHILIPS N.V.,

     Plaintiff,

   v.

QUECTEL WIRELESS SOLUTIONS CO.
LTD., CALAMP CORP., XIRGO
TECHNOLOGIES, LLC, LAIRD
CONNECTIVITY, INC.

     Defendants.

C.A. No. 20-1710-CFC

JURY TRIAL DEMANDED

## **STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff

Koninklijke Philips N.V. ("Plaintiff") and Defendant Xirgo Technologies, LLC ("Defendant"),

subject to the approval of the Court, that Defendant's time to answer, move, or otherwise

respond to Plaintiff's Complaint is extended to and including February 8, 2021. The parties are

engaged in multiple concurrently-filed disputes in this Court (present case) and at the United

States International Trade Commission (Inv. No. 337-3514). The reason for this requested

extension is to allow counsel for Defendant additional time to investigate the allegations set forth

in Plaintiff's Complaint, consult with their client, and consider an appropriate response. No party

will be prejudiced by this brief extension.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

SOCAL IP LAW GROUP LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*/s/ Steven C. Sereboff*
Steven C. Sereboff (*pro hac vice* forthcoming)
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Tel: (805) 230-1356
ssereboff@socalip.com

*Attorneys for Defendant*
*Xirgo Technologies, LLC*

*Attorney for Plaintiff*
*Koninklijke Philips N.V.*

Dated: January 7, 2021


      IT IS SO ORDERED this _____ day of _____, 2021.


_____
United States District Judge

27567077.1

2