**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 20-1710-CFC |
| | ) |
| QUECTEL WIRELESS SOLUTIONS CO. | ) |
| LTD., CALAMP CORP., XIRGO | ) |
| TECHNOLOGIES, LLC, and | ) |
| LAIRD CONNECTIVITY, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**

Plaintiff Koninklijke Philips N.V. and Defendant Xirgo Technologies, LLC ("Xirgo"),

hereby stipulate and agree, subject to the approval of the Court, that the time for Xirgo to

answer, move or otherwise respond to the Complaint shall be extended to May 14, 2021.

Dated: February 4, 2021


_/s/ Adam W. Poff_
Adam W. Poff (#3990)
Robert M. Vrana (#5666)
Beth A. Swadley (#6331)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
rvrana@ycst.com
bswadley@ycst.com

_Attorneys for Plaintiff_
_Koninklijke Philips N.V._

_/s/ Kenneth L. Dorsney_
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

_Attorneys for Defendant_
_Xirgo Technologies, LLC_

**SO ORDERED** THIS_____day of_____, 2021.

_____
United States District Judge