IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1710-CFC |
| | ) | |
| QUECTEL WIRELESS SOLUTIONS | ) | **JURY TRIAL DEMANDED** |
| CO. LTD., CALAMP CORP., XIRGO | ) | |
| TECHNOLOGIES, LLC, LAIRD | ) | |
| CONNECTIVITY, INC., and EAGLE | ) | |
| ELECTRONICS INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EAGLE WIRELESS HOLDINGS, INC. f/k/a EAGLE
ELECTRONICS INC.'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Eagle Wireless Holdings,

Inc. f/k/a Eagle Electronics Inc. ("Eagle") moves to dismiss Philips's claim for

infringement of U.S. Patent No. 7,944,935 in the Third Amended Complaint (D.I.

218) because the claims of the '935 patent are subject matter ineligible under 35

U.S.C. § 101.  The grounds for this motion are set forth in the Opening Brief in

Support of Eagle's Motion to Dismiss, which is being filed contemporaneously

herewith.

1

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
glynch@shawkeller.com
*Attorneys for Defendant Eagle Wireless*

Dated: April 10, 2026                *Holdings, Inc. f/k/a Eagle Electronics Inc.*