**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br><br>Plaintiff,<br>vs.<br><br>QUECTEL WIRELESS SOLUTIONS CO. LTD.<br><br>Defendant. | C.A. No. 20-cv-1710-CFC<br><br>**JURY TRIAL DEMANDED** |

# VERDICT FORM

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided throughout this form and the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Philips" means Plaintiff Koninklijke Philips N.V.
2. "Quectel" means Defendant Quectel Wireless Solutions Co. Ltd.
3. "'935 Patent" means U.S. Patent No. 7,944,935.

4. "'271 Patent" means U.S. Patent No. 7,831,271.

5. "Asserted Claims of the '935 Patent" means claims 1, 2, 3, 9, 10, 11, and 17.

6. "Asserted Claims of the '271 Patent" means claims 1, 2, 3, 4, 5, 6, 7, and 8.

**Question No. 1:**

Did Philips prove by a preponderance of the evidence that Quectel directly infringed any of the following patent claims?

"Yes" is a finding for **Philips.**

"No" is a finding for **Quectel.**

| CLAIM | YES (for Philips) | NO (for Quectel) |
|---|---|---|
| '935 Patent Claim 1 | | ✓ |
| '935 Patent Claim 2 | | ✓ |
| '935 Patent Claim 3 | | ✓ |
| '935 Patent Claim 9 | | ✓ |
| '935 Patent Claim 10 | | ✓ |
| '935 Patent Claim 11 | | ✓ |
| '935 Patent Claim 17 | | ✓ |
| | | |
| '271 Patent Claim 1 | ✓ | |
| '271 Patent Claim 2 | ✓ | |
| '271 Patent Claim 3 | ✓ | |
| '271 Patent Claim 4 | ✓ | |
| '271 Patent Claim 5 | ✓ | |
| '271 Patent Claim 6 | ✓ | |
| '271 Patent Claim 7 | ✓ | |
| '271 Patent Claim 8 | ✓ | |

**Continue to the next question.**

**Question No. 2:**

Did Philips prove by a preponderance of the evidence that Quectel induced others to infringe any of the following patent claims?

"Yes" is a finding for **Philips.**

"No" is a finding for **Quectel.**

| **CLAIM** | **YES (for Philips)** | **NO (for Quectel)** |
|---|---|---|
| '935 Patent Claim 1 | | ✓ |
| '935 Patent Claim 2 | | ✓ |
| '935 Patent Claim 3 | | ✓ |
| '935 Patent Claim 9 | | ✓ |
| '935 Patent Claim 10 | | ✓ |
| '935 Patent Claim 11 | | ✓ |
| '935 Patent Claim 17 | | ✓ |
| | | |
| '271 Patent Claim 1 | ✓ | |
| '271 Patent Claim 2 | ✓ | |
| '271 Patent Claim 3 | ✓ | |
| '271 Patent Claim 4 | ✓ | |
| '271 Patent Claim 5 | ✓ | |
| '271 Patent Claim 6 | ✓ | |
| '271 Patent Claim 7 | ✓ | |
| '271 Patent Claim 8 | ✓ | |

**Continue to the next question.**

**Question No. 3:**

Did Quectel prove by clear and convincing evidence that any of the following claims of the '935 patent are invalid as anticipated?

"Yes" is a finding for **Quectel.**

"No" is a finding for **Philips.**

| **CLAIM** | **YES (for Quectel)** | **NO (for Philips)** |
|---|---|---|
| '935 Patent Claim 1 | | ✓ |
| '935 Patent Claim 2 | | ✓ |
| '935 Patent Claim 3 | | ✓ |
| '935 Patent Claim 9 | | ✓ |
| '935 Patent Claim 10 | | ✓ |
| '935 Patent Claim 11 | | ✓ |
| '935 Patent Claim 17 | | ✓ |

**Continue to the next question.**

**Question No. 4:**

Did Quectel prove by clear and convincing evidence that any of the following claims of the '935 patent are invalid as obvious?

"Yes" is a finding for **Quectel.**

"No" is a finding for **Philips.**

| CLAIM | YES (for Quectel) | NO (for Philips) |
|---|---|---|
| '935 Patent Claim 1 | | ✓ |
| '935 Patent Claim 2 | | ✓ |
| '935 Patent Claim 3 | | ✓ |
| '935 Patent Claim 9 | | ✓ |
| '935 Patent Claim 10 | | ✓ |
| '935 Patent Claim 11 | | ✓ |
| '935 Patent Claim 17 | | ✓ |

**Continue to the next question.**

**Question No. 5:**

Did Quectel prove by clear and convincing evidence that any of the following claims of the '935 patent recite only technologies and activities that, both alone and as an ordered combination, were well-understood, routine, and conventional from the perspective of a person of ordinary skill in the art as of the priority date of the '935 patent?

"Yes" is a finding for **Quectel.**

"No" is a finding for **Philips.**

| **CLAIM** | **YES (for Quectel)** | **NO (for Philips)** |
|---|---|---|
| '935 Patent Claim 1 | | ✓ |
| '935 Patent Claim 2 | | ✓ |
| '935 Patent Claim 3 | | ✓ |
| '935 Patent Claim 9 | | ✓ |
| '935 Patent Claim 10 | | ✓ |
| '935 Patent Claim 11 | | ✓ |
| '935 Patent Claim 17 | | ✓ |

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson must sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.

Dated: 8/26/2026

Signed: [redacted]