**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br><br>Plaintiff,<br>vs.<br><br>QUECTEL WIRELESS SOLUTIONS CO. LTD.<br><br>Defendant. | C.A. No. 20-cv-1710-CFC<br><br>**JURY TRIAL DEMANDED** |

## VERDICT FORM

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided throughout this form and the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. As used herein:

1. "Philips" means Plaintiff Koninklijke Philips N.V.
2. "Quectel" means Defendant Quectel Wireless Solutions Co. Ltd.
3. "'271 Patent" means U.S. Patent No. 7,831,271.
4. "Asserted Claims of the '271 Patent" means claims 1, 2, 3, 4, 5, 6, 7, and 8.

**Question No. 1:**

What amount of damages do you determine would compensate Philips for Quectel's infringement? (Answer in dollars and cents.)

Damages: $ 3,009,749.00

**Continue to the next question.**

**Question No. 2:**

Did Philips prove by a preponderance of the evidence that Quectel's infringement was willful?

"Yes" is a finding for **Philips.**

"No" is a finding for **Quectel.**

**Yes:** X

**No:** ______

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson must sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.

Dated: 8/27/2026

Signed: [redacted]